No. 3826.—JOHN G. SCOTT v. JOHN F. GOODRICH.

The signature of the judge to the minutes of the court is only his attestation of their cor-
rectness, and can not be regarded as his signature to a final judgment.
An appeal taken from a judgment attested in this way will be dismissed on motion because
it is not signed by the judge.

APPEAL from the Thirteenth Judicial District Court, parish of
Tensas. *Hough*, J. *Aroni & Lewis*, for plaintiff and appellee.
*Farrar & Reeves*, for defendant and appellant.

TALIAFERRO, J.   There is a motion to dismiss this appeal on the
ground that there was no final judgment rendered in the court below
from which an appeal can be taken, and no judgment appearing in the
record dismissing plaintiff's action.

The order sustaining the exception to the jurisdiction of the court
and dismissing the action is followed by an order of appeal granted on
motion in open court on the part of the plaintiff, to which is imme-
diately subjoined, after the words " minutes signed," the official signa-
ture of the judge.   We think the signature of the judge was appended
merely as attesting the correctness of the minutes of the court, and is
not to be regarded as his signature to a final judgment.   The motion
must therefore prevail, and it is accordingly ordered that the appeal
be dismissed at costs of appellant.